IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01945-MSK-KLM

RAY MAREZ,

        Plaintiff,

v.

INN AT ESTES PARK dba Rodeway Inn,

        Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER comes before the Court on the Plaintiff's Response **(#7)** filed in response to the Court's Order to Show Cause **(#3)** dated September 28, 2007. Having considered the same,

**IT IS HEREBY ORDERED** that the Order to Show Cause is **DISCHARGED.**

Dated this 15th day of October, 2007

        **BY THE COURT:**

*Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge