IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01945-MSK-KLM

RAY MAREZ,

  Plaintiff,

v.

INN AT ESTES PARK dba Rodeway Inn,

  Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

  THIS MATTER comes before the Court upon the parties' Joint Motion and Stipulation for Dismissal With Prejudice **(#19).**[1] The Court being fully advised in the foregoing,

  **ORDERS** that the Motion **(#19) is GRANTED.** This action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

  DATED this 26th day of June, 2008.

          BY THE COURT:

          *Marcia S. Krieger*

          Marcia S. Krieger
          United States District Judge

---

[1] The Motion does not refer to Fed.R.Civ.P. 41(a)(1) which pertains to a notice of settlement and for which no Order of Dismissal is issued. However because the text of the Motion clearly requests issuance of an Order, the Court regards the Motion as being brought pursuant to Fed.R.Civ.P. 41(a)(2).